UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| MAMTA PATEL-PURI | No. 08-16633 |
| Plaintiff-Appellant, | D. C. No. 3:05-CV-455-MMC |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION HEALTH PLAN, INC. LONG TERM DISABILITY PLAN, | ORDER |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Northern District of California
Maxine M. Chesney, District Judge, Presiding

Argued and Submitted October 6, 2009
San Francisco, California

Before: SCHROEDER and BERZON, Circuit Judges, and STROM,[*] District Judge.

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed.

Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on

appeal.

---

[*] The Honorable Lyle E. Strom, Senior United States District Judge for the District of Nebraska, sitting by designation.